# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISABILITY
INACTIVE STATUS OF AMY
FELICIANO, BAR NO. 9596.

No. 75557

**FILED**

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER GRANTING PETITION AND TRANSFERRING ATTORNEY TO DISABILITY INACTIVE STATUS*

The State Bar of Nevada and attorney Amy Feliciano have petitioned this court for an order transferring Feliciano to disability inactive status. *See* SCR 117(2). Having reviewed the petition, we conclude that the relief requested in the petition is warranted under the circumstances. *See id.* Accordingly, Feliciano is transferred to disability inactive status. She may not resume active status until she files a petition for reinstatement as provided in SCR 117(4) and is reinstated by order of this court. In light of this order, any pending disciplinary proceedings against Feliciano are suspended. SCR 117(2).

Feliciano shall comply with SCR 115 if she is able to do so. SCR 117(7). If Feliciano cannot comply with SCR 115, bar counsel shall proceed

18-18106

as provided in SCR 118. *Id.* The State Bar shall comply with SCR 121.1.[1]

It is so ORDERED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Amy A. Feliciano
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court

---

[1]This order shall be public, but the petition remains confidential. SCR 121(7). This order constitutes our final disposition of this petition. Any further proceedings shall be docketed under a new docket number.

SUPREME COURT
OF
NEVADA

(O) 1947A